**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: RONALD DEONE HENDERSON, | § § § | CASE NO.  24-31305 |
| Debtor | § | CHAPTER  7 |
| RONALD DEONE HENDERSON, | § § | |
| Plaintiff, | § | |
| v. | § § | ADV. PRO: 24-03050 |
| | § § | |
| UNITED STATES DEPARTMENT OF EDUCATION, | § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendant, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action without prejudice. This resolves all claims in the action.

Dated: September 11, 2024

Respectfully submitted,

By:   /s/ Ronald Henderson w/ permission
Ronald Henderson
rhrasun@gmail.com
*Pro-se Plaintiff*

By: */s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002

Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: natasha.alexander@usdoj.gov
*Counsel for Defendants*